1

**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)

2

1083 Mission Street Third Floor
San Francisco, California 94103

3

Telephone Number: (415) 398-1040

4

Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com

5

6

Attorneys for Plaintiff
Lucy McAllister

7

8

9

### UNITED STATES DISTRICT COURT

10

### NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| LUCY MCALLISTER | ) | Case No.: 11-CV-03858 MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, Ken L. Salazar (in his | ) | |
| capacity as Secretary of the United | ) | |
| States Department of the Interior), | ) | |
| National Park Service, Daniel N. Wenk | ) | |
| (in his capacity as acting Director of the | ) | |
| National Park Service),  Frank Dean | ) | |
| (acting General Superintendent, Golden | ) | |
| Gate Recreation Area), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF HEREBY requests that the Case Management Conference, currently

24

scheduled for November 17, 2011 at 10:00, be continued for two months.

25

As Defendants are the United States government and official representatives thereof,

26

27

Defendants are afforded additional time to respond to Plaintiff's complaint; thus,

28

BIRNBERG &
ASSOCIATES

1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

Request to Continue Case Management Conference          -1-          Case No. 11-CV-03858 MEJ

1   Defendants' answer to the complaint was only recently filed and served. As such the parties

2   have not had an opportunity to complete their initial disclosures and properly prepare for a

3   Case Management Conference.  Therefore, Plaintiff requests that that the Case Management

4   Conference be continued to a date after January 18, 2012.

5   Dated: November 15, 2011                          BIRNBERG & ASSOCIATES

6

7                                                     By:____/s/ Cory A. Birnberg
                                                           Cory A. Birnberg
8                                                          Attorneys for Plaintiff

9

10

11  It is hereby Ordered that the Case Management Conference scheduled for November 17, 2011,
    is continued to January 19, 2012 at 10:00 a.m.
12

13  Dated:  Novemer 15, 2011.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BIRNBERG &
ASSOCIATES

1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

Request to Continue Case Management Conference          -2-                    Case No. 11-CV-03858 MEJ