**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com

Attorneys for Plaintiff
Lucy McAllister

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MCALLISTER ) | Case No.: 11-CV-03858 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, Ken L. Salazar (in his ) | |
| capacity as Secretary of the United ) | |
| States Department of the Interior), ) | |
| National Park Service, Daniel N. Wenk ) | |
| (in his capacity as acting Director of the ) | |
| National Park Service), Frank Dean ) | |
| (acting General Superintendent, Golden ) | |
| Gate Recreation Area), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   PLAINTIFF HEREBY requests that the Case Management Conference, currently scheduled for November 17, 2011 at 10:00, be continued for two months.

   As Defendants are the United States government and official representatives thereof, Defendants are afforded additional time to respond to Plaintiff's complaint; thus,

Request to Continue Case Management Conference         -1-                    Case No. 11-CV-03858 MEJ

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Defendants' answer to the complaint was only recently filed and served. As such the parties have not had an opportunity to complete their initial disclosures and properly prepare for a Case Management Conference. Therefore, Plaintiff requests that that the Case Management Conference be continued to a date after January 18, 2012.

Dated: November 15, 2011                                   BIRNBERG & ASSOCIATES

By:   /s/ Cory A. Birnberg
      Cory A. Birnberg
      Attorneys for Plaintiff

It is hereby Ordered that the Case Management Conference scheduled for November 17, 2011, is continued to January 19, 2012 at 10:00 a.m.

Dated: Novemer 15, 2011.

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Request to Continue Case Management Conference        -2-        Case No. 11-CV-03858 MEJ