| | |
|---|---|
| 1 | BIRNBERG & ASSOCIATES |
| | CORY A. BIRNBERG (SBN 105468) |
| 2 | 1083 Mission Street Third Floor |
| | San Francisco, California 94103 |
| 3 | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| | Email: birnberg@birnberg.com |
| 5 | Attorneys for Plaintiff |
| 6 | |
| | MELINDA HAAG (CSBN 132612) |
| 7 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 8 | Chief, Civil Division |
| | ABRAHAM A. SIMMONS (CSBN 146400) |
| 9 | Assistant United States Attorney |
| | 450 Golden Gate Avenue, 9th Floor |
| 10 | San Francisco, CA 94102-3495 |
| | Ph: 415-436-7264 |
| 11 | Fax: 415-436-6748 |
| | Email: abraham.simmons@usdoj.gov |
| 12 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LUCY MCALLISTER | ) | Case No.: 11-CV-03858 MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXTENDING DISCOVERY |
| UNITED STATES OF AMERICA, | ) | AND TRIAL DATE |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, Ken L. Salazar (in his | ) | |
| capacity as Secretary of the United | ) | |
| States Department of the Interior), | ) | |
| National Park Service, Jon Jarvis (in his | ) | |
| capacity as acting Director of the | ) | |
| National Park | ) | |
| Service), Frank Dean (acting General | ) | |
| Superintendent, Golden Gate Recreation | ) | |
| Area) | ) | |
| Defendants. | ) | |
| | ) | |

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION -1- Case No. 11-CV-03858 MEJ

Plaintiff in this Federal Tort Claims Act case is Lucy McAllister. She alleges she was running on the East Beach area of Crissy Field, part of the Golden Gate National Recreational Area, when her foot was caught on the exposed (or protruding) edge of the cement which caused her to launch into the air and suffer significant injuries to her right shoulder, arm, and palm.

WHEREAS, on January 31, 2012, this case was ordered to be reassigned and all hearing dates were cancelled;

WHEREAS, the parties believe this case was not reassigned as there has been no subsequent order, and both parties have consented to jurisdiction by the Chief Magistrate Judge, Hon. Maria-Elena James;

WHEREAS, both parties have agreed to a plan for the completion of discovery (Plaintiff has served written discovery and Defendant has responded, and Defendant has served written discovery and Plaintiff is responding). Defendant plans to obtain all of the medical records of the Plaintiff, and then take the deposition of Plaintiff and certain medical treaters of plaintiff;

WHEREAS, Plaintiff plans to initially take the deposition of the contractors working on the drainage problems where plaintiff fell;

WHEREAS, the parties thereafter plan to mediate the case in November 2012 in accordance with this Court's previous referral;

WHEREAS the parties agree that the case management schedule needs to be adjusted especially in light of the fact that all hearing dates have been cancelled;

THEREFORE the parties agree and respectfully request that the Court make adjustments to the scheduling order as follows:

Fact Discovery Cutoff- October 31, 2012

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1. Last day to Mediate- November 21, 2012.
2. Disclosure of expert witnesses (including Rule 26 disclosures)- January 4, 2013
3. Disclosure of rebuttal witnesses- January 14, 2013
4. Expert discovery cutoff- February 4, 2013
5. Last date to file dispositive motions- ~~February 18, 2013~~ February 21, 2013
   Motion Hearing Date: **March 28, 2013**
6. Trial date- ~~Late May or June 201~~2
   July 30, 2013
7. Pretrial Conference: **6/27/2013**
   Final Pretrial Conference: **7/26/2013**

Respectfully submitted,

Dated: July 6, 2012          BIRNBERG & ASSOCIATES

                             By: ___/s/ Cory A. Birnberg_____
                                 Cory A. Birnberg
                                 Attorneys for Plaintiff

Dated: July 6, 2012          UNITED STATES ATTORNEY

                             By: ___/s/ Abraham A. Simmons_____
                                 Abraham A. Simmons
                                 Assistant U.S. Attorney
                                 Attorneys for Defendant

### ~~[Proposed]~~ ORDER

Good cause appearing, **IT IS SO ORDERED.** Pursuant to Civil Local Rule 16-10, the case management schedule is adjusted as set forth in the stipulation. The bench trial is scheduled for _____July 30_____, 2013. Deadlines for counsel to meet and confer and for pretrial documents shall be calculated with reference to this Court's order dated January 17, 2012. All other provisions of this Court's January 17, 2012 scheduling order shall remain in effect.

July 9, 2012                       _____
                                   Hon. Maria-Elena James
                                   Chief U.S. Magistrate Judge

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION        -3-          Case No. 11-CV-03858 MEJ