BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com
Attorneys for Plaintiff

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Ph: 415-436-7264
Fax: 415-436-6748
Email: abraham.simmons@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MCALLISTER, | Case No.: 11-CV-03858 MEJ |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND TRIAL DATE |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE INTERIOR, Ken L. Salazar (in his capacity as Secretary of the United States Department of the Interior), National Park Service, Jon Jarvis (in his capacity as acting Director of the National Park Service), Frank Dean (acting General Superintendent, Golden Gate Recreation Area) | |
| Defendants. | |

STIPULATION        -1-                                    Case No. 11-CV-03858 MEJ

Plaintiff in this Federal Tort Claims Act case is Lucy McAllister. She alleges she was running on the East Beach area of Crissy Field, part of the Golden Gate National Recreational Area, when her foot was caught on the exposed (or protruding) edge of the cement which caused her to launch into the air and suffer significant injuries to her right shoulder, arm, and palm.

WHEREAS, on January 31, 2012, this case was ordered to be reassigned and all hearing dates were cancelled;

WHEREAS, the parties believe this case was not reassigned as there has been no subsequent order, and both parties have consented to jurisdiction by the Chief Magistrate Judge, Hon. Maria-Elena James;

WHEREAS, both parties have agreed to a plan for the completion of discovery (Plaintiff has served written discovery and Defendant has responded, and Defendant has served written discovery and Plaintiff is responding). Defendant plans to obtain all of the medical records of the Plaintiff, and then take the deposition of Plaintiff and certain medical treaters of plaintiff;

WHEREAS, Plaintiff plans to initially take the deposition of the contractors working on the drainage problems where plaintiff fell;

WHEREAS, the parties thereafter plan to mediate the case in November 2012 in accordance with this Court's previous referral;

WHEREAS the parties agree that the case management schedule needs to be adjusted especially in light of the fact that all hearing dates have been cancelled;

THEREFORE the parties agree and respectfully request that the Court make adjustments to the scheduling order as follows:

Fact Discovery Cutoff- October 31, 2012

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION        -2-                                 Case No. 11-CV-03858 MEJ

Last day to Mediate- November 21, 2012.

Disclosure of expert witnesses (including Rule 26 disclosures)- January 4, 2013

Disclosure of rebuttal witnesses- January 14, 2013

Expert discovery cutoff- February 4, 2013

Last date to file dispositive motions- ~~February 18, 2013~~  February 21, 2013
Motion Hearing Date: **March 28, 2013**

Trial date- ~~Late May or June 201~~2
July 30, 2013

Pretrial Conference: **6/27/2013**
Final Pretrial Conference: **7/26/2013**

Respectfully submitted,

Dated: July 6, 2012                BIRNBERG & ASSOCIATES

By: ___/s/ Cory A. Birnberg_____
    Cory A. Birnberg
    Attorneys for Plaintiff

Dated: July 6, 2012                UNITED STATES ATTORNEY

By: ___/s/ Abraham A. Simmons_____
    Abraham A. Simmons
    Assistant U.S. Attorney
    Attorneys for Defendant

### ~~[Proposed]~~ ORDER

Good cause appearing, **IT IS SO ORDERED.** Pursuant to Civil Local Rule 16-10, the case management schedule is adjusted as set forth in the stipulation. The bench trial is scheduled for ____July 30____, 2013. Deadlines for counsel to meet and confer and for pretrial documents shall be calculated with reference to this Court's order dated January 17, 2012. All other provisions of this Court's January 17, 2012 scheduling order shall remain in effect.

July 9, 2012

_____
Hon. Maria-Elena James
Chief U.S. Magistrate Judge

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION        -3-                Case No. 11-CV-03858 MEJ