UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| LUCY MCALLISTER, | No. C 11-03858 MEJ |
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

On September 19, 2013, the Court held a status conference in this matter to assess the completion of discovery.  In advance of the hearing, the parties filed a joint status conference statement (Dkt. No. 51), which the Court has reviewed.  Also pending before the Court is Mr. Birnberg's (Plaintiff's counsel) Motion to Withdraw as Counsel (Dkt. No. 50), currently set for hearing for October 10, 2013.

At the status conference, Ms. McAllister indicated that she intends to oppose Mr. Birnberg's Motion and requested that the Motion to Withdraw be re-set because of a calendaring conflict. Accordingly, the Court **RE-SETS** the Motion for 10:00 a.m. on October 24, 2013, in Courtroom B.

Ms. McAllister shall file her opposition brief no later than October 10, 2013.

Mr. Birnberg indicated that he would take the deposition noticed for September 27, 2013. Accordingly, that deposition may proceed.  However, all other discovery in this matter is **STAYED** pending the Court's ruling on the Motion to Withdraw.  The Court will also re-set discovery, dispositive motions, and pre-trial deadlines at that time.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
Maria-Elena James
United States Magistrate Judge