**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com

Attorneys for Plaintiff
Lucy McAllister



Dated: 10/28/2013

GRANTED. Motion is continued to 1/9/2014 @ 10:00 a.m.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MCALLISTER, ) | Case No.: 11-CV-03858 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR CONTINUANCE OF |
| v. ) | MOTION TO WITHDRAW |
| ) | |
| UNITED STATES OF AMERICA, ) | Date:  January 2, 2014 |
| Defendants. ) | Time:  10:00 a.m. |
| _____ ) | Place: Courtroom B |

   NOW COMES Plaintiff and requests that her counsels' Motion To Withdraw, currently set for January 2, 2014 in the above captioned matter, be continued to January 9, 2014 at 10:00 a.m. Plaintiff makes this request as she is out of the state on this day, and does not wish to appear by telephone.  Defendant's counsel has indicated no opposition to the one week continuance. Counsel for Plaintiff will not oppose this one week continuance.

Dated: 25 October 2013                                       BIRNBERG & ASSOCIATES

                                                                              By: ___/s/ Cory A. Birnberg____
                                                                                      Cory A. Birnberg
                                                                                      Attorneys for Plaintiff

Request for Continuance                     -1-                          Case No. 11-CV-03858 MEJ