UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MCALLISTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 11-cv-03858-MEJ<br><br>**ORDER REFERRING PARTIES FOR FURTHER SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 80 |

On January 9, 2014, this case settled after a settlement conference with Magistrate Judge Laurel Beeler. Dkt. No. 73. In addition to the settlement with the defendants, Plaintiff Lucy McAllister raised disputes with her own counsel, Cory Birnberg of Birnberg & Associates. Judge Beeler also mediated that dispute and the matter was resolved, and placed on the record. *Id.* Now before the Court is Cory Birnberg's Motion to Enforce Settlement, filed April 26, 2014, in which counsel states that Ms. McAllister refused to sign the agreement. Mot. at 2, Dkt. No. 80. Counsel seeks an order finding that the settlement agreement proffered by counsel is deemed signed and that the settlement placed on the record is the order of the court. *Id.* Ms. McAllister has not filed a response to counsel's motion.

In keeping with the spirit of the settlement agreement reached by the parties, the Court finds it would be beneficial for the parties to attempt an informal resolution of this dispute. Accordingly, the Court hereby refers this matter to Judge Beeler for a further settlement conference. The June 5, 2014 noticed hearing on the Motion to Enforce is VACATED.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge