UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCY MCALLISTER,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No.  11-cv-03858-MEJ

**ORDER GRANTING MOTION TO ENFORCE SETTLEMENT**

Re: Dkt. No. 80

On January 9, 2014, this case settled after a settlement conference with Magistrate Judge Laurel Beeler. Dkt. No. 73. Judge Beeler also mediated a dispute between Plaintiff Lucy McAllister and her counsel, Cory Birnberg of Birnberg & Associates, after which the settlement was placed on the record. *Id.* However, Mr. Birnberg subsequently filed a Motion to Enforce Settlement regarding the issue of fees. Dkt. No. 80. Although Plaintiff failed to file an Opposition in compliance with Civil Local Rule 7 or otherwise respond to the motion, the Court referred the matter to Judge Beeler for a further settlement conference. Dkt. No. 83

Over seven months later, with the motion still pending and Ms. McAllister having not provided her availability for a settlement conference, the Court ordered Ms. McAllister and Mr. Birnberg to file a joint status report by January 14, 2015. Dkt. No. 88. Mr. Birnberg filed a separate statement on January 15, stating that Ms. McAllister did not respond to his office's requests, although she was sent the Court's status order by mail and email. Dkt. No. 90.

Given this background, and good cause appearing, the Court GRANTS Cory Birnberg of Birnberg & Associates' Motion to Enforce the settlement placed on record before Judge Beeler on January 9, 2014. Mr. Birnberg's request for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge